IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON FISHBAIN,   No. C 04-490 SBA

    Plaintiff,   **ORDER**

v.

DOUGLAS MERTZ,

    Defendant.
_____/

For the reasons stated during the telephonic case management conference held on May 18, 2005, IT IS HEREBY ORDERED THAT:

(1) The pretrial and trial dates previously set in this matter are vacated;

(2) A case management conference is set for June 22, 2005, at 2:30 p.m., and will proceed **telephonically**. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. Defendant shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time;

(3) Defendant's pending motion for summary judgment is vacated without prejudice to being re-noticed at a date to be discussed and determined at the Case Management Conference; and

(4) Plaintiff's counsel's Motion to be Relieved as Counsel due to ill health is granted, and

1   Plaintiff is hereby substituted as counsel for himself.

3   IT IS SO ORDERED.

5   Dated:  5-26-05
                                           /s/ Saundra Brown Armstrong
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge